RECEIPT # 56150
AMOUNT $ 150
SUMMONS ISSUED 2
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK
DATE 5-24-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 MAY 24  P 2: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. |
| F/V SPRAY (O.N. 273544) her engines, boilers, tackle, fishing permits and appurtenances, *in rem* | ) |
| and F/V SPRAY, INC., *in personam*, Defendant. | ) 04cv11070 RCL |

MAGISTRATE JUDGE Cohen

### VERIFIED COMPLAINT

Plaintiffs, Gloucester Maritime Heritage Center, Inc., by way of Complaint against the Defendants, says:

#### Jurisdiction and Venue

1. Plaintiff brings this suit against the Defendant vessel under the provisions of 28 U.S.C. s.1333, as this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Supplemental Rule C, Federal Rules of Civil Procedure.

2. Venue lies within this District under the provisions of 28 U.S.C. s.1391.

#### Statement of the Claim

3. Plaintiff, Gloucester Maritime Heritage Center, Inc., is a Massachusetts not for profit corporation with a principal place of business at 23 Harbor Loop, Gloucester, Massachusetts.

4. At all times hereinafter noted, the Defendant F/V SPRAY was a commercial fishing vessel U.S. registry, Official Number 273544, which is upon information and belief now fishing within this district.

5. At all times hereinafter noted, the Defendant F/V SPRAY, Inc is a Massachusetts corporation with a principal place of business in Gloucester, Massachusetts.

6. Upon information and belief, the vessel may be sold in an attempt to transfer the vessel's fishing permits.

## VERIFICATION

### COMMONWEALTH OF MASSACHUSETTS

I, Harriet Webster, Executive Director of Gloucester Maritime Heritage Center, Inc., being duly sworn depose and say:

I have read the foregoing complaint and know the contents of paragraphs 1 through 8 and the same is true of my own knowledge except as the matters stated upon information and belief and as to those matters I believe them to be true.

*Harriet Webster*
Gloucester Maritime Heritage Center, Inc.
By its Executive Director
Harriet Webster

### COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                    May 21, 2004

On this 21st day of May, 2004, before me, the undersigned notary public, personally appeared Harriet Webster, proved to me through satisfactory evidence of identification _personally known_, to be the person whose name is signed on this document and stated that he/she was the Executive Director of Gloucester Marine Heritage Center, Inc. and acknowledged the foregoing instrument to be the true act and deed of Gloucester Marine Heritage Center, Inc., before me,

*Kristen M. McGrath*
Notary Public
My Commission Expires: 11-27-2009

Dated: May 21, 2004

By its attorney

Stephen M. Ouellette, Esquire
BBO No.: 543752
David S. Smith, Esquire
BBO 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142