UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 24 P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC.,<br>Plaintiff,<br><br>v.<br><br>F/V SPRAY (O.N. 273544)<br>   her engines, boilers, tackle,<br>   fishing permits and appurtenances,<br>   *in rem*<br><br>and F/V SPRAY, INC., *in personam*,<br>Defendant. | C.A. No.<br><br>04-11070 RCL |

## ORDER AUTHORIZING ARREST AND DIRECTING CLERK TO ISSUE WARRANT OF ARREST

The Court, having reviewed the Verified Complaint of Gloucester Maritime Heritage Center, Inc., plaintiff herein, and upon the application of plaintiff for an order authorizing a warrant of arrest, finds that the conditions for an action *in rem* appear to exist, and it is

ORDERED that the immediate issuance of a warrant for the arrest of the vessel informally known as both F/V SPRAY and as Official Number 273544 and her Northeast Fishery Permit No.: 250168, is authorized, and it is further

ORDERED that the Clerk of the District Court shall immediately prepare a Warrant for the arrest of the vessel and its federal fishing permits and history and shall deliver it to the United States Marshal for the District of Massachusetts for service, and it is further

ORDERED that any person claiming an interest in the vessel known as both F/V SPRAY and as Official Number 273544, shall be entitled to a prompt hearing on request at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted consistent with the Supplemental Rules for Certain Admiralty and Maritime Claims, and it is further

ORDERED that a copy of this Order be attached to and served with the said Warrant for Arrest in Action In Rem.

Dated 5/24/04

_____
UNITED STATES DISTRICT JUDGE