UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 24 P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

GLOUCESTER MARITIME HERITAGE )
CENTER, INC., )
        Plaintiff, )
)
v. )  C.A. No.
)
F/V SPRAY (O.N. 273544) )
   her engines, boilers, tackle, )
   fishing permits and appurtenances, )
   *in rem* )
)  04cv11070 RCL
and F/V SPRAY, INC., *in personam*, )
        Defendant. )

## MOTION TO ARREST VESSEL

Now comes the Plaintiffs, by their attorneys, and moves for an order allowing it to seize the vessel described in the Verified Complaint in this action forthwith, for the reasons that are stated in the attached Verified Complaint.

Respectfully submitted,

**Gloucester Maritime Heritage Center, Inc.**

By their attorney,

_____
Stephen M. Ouellette, Esquire
BBO No.: 543752
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142

Dated: May 24, 2004