# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

GLOUCESTER MARITIME HERITAGE
CENTER, INC.,

        Plaintiff,

v.

F/V SPRAY (O.N. 273544)
      her engines, boilers, tackle,
      fishing permits and appurtenances,
      *in rem*

and F/V SPRAY, INC., *in personam,*
      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

2004 MAY 24  P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No.

# 04 CV 11070 RCL

## WARRANT OF ARREST

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

WHEREAS a complaint has been filed on May 24, 2004 in the United States District Court for the District of Massachusetts by Plaintiffs, Gloucester Maritime Heritage Center, Inc., upon an admiralty and maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action. You are therefore commanded to attach the said F/V SPRAY (O.N. 273544), her engines, tackle, fishing history and permits, including but not limited to Northeast Fishery Permit No.: 250168, etc., now located in Gloucester, Massachusetts in said District, and to detain the same in your custody until further order of the Court respecting same.

Dated at Boston, Massachusetts, this 24th day of May, 2004.

**TONY ANASTAS**_____, CLERK

By: _____
Deputy Clerk

I HEREBY ATTEST AND CERTIFY ON 5/24/04
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: _____

NOTE: The claimant of property seized hereunder shall file its claim within 10 days after the Warrant has been executed, and shall serve its answer within 20 days after filing of the claim.