UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 24  P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> F/V SPRAY (O.N. 273544) <br> her engines, boilers, tackle, <br> fishing permits and appurtenances, <br> *in rem* <br><br> and F/V SPRAY, INC., *in personam*, <br> Defendant. | C.A. No. <br><br> 04 cv 11070 RCL |

## MOTION AND ORDER FOR PUBLICATION OF NOTICE OF ARREST

Plaintiffs move pursuant to Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims for an order that the Marshal be directed to publish notice of this action and of the arrest of the defendant vessel F/V SPRAY (O.N. 273544) and her federal and state fishing permits and history in the local newspaper per the United States Marshal's custom and practice, or such other publications as will provide adequate public notice and that the Court require persons claiming any interest in the defendant vessel or her federal and state fishing permits and history to file their answer to the complaint herein on or before ten (10) days after said date of publication, the reason that the said vessel has not been released within ten (10) days from the date of its arrest, or at all. A copy of the proposed Notice is attached hereto as Exhibit A.

Gloucester Maritime
Heritage Center, Inc.
By their attorney

Dated: May 24, 2004

David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933

IT IS SO ORDERED
Entered: _____, 2004

_____, USDJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., <br><br>          Plaintiff, <br><br> v. <br><br> F/V SPRAY (O.N. 273544) <br>     her engines, boilers, tackle, <br>     fishing permits and appurtenances, <br>     *in rem* <br><br> and F/V SPRAY, INC., *in personam,* <br>          Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. **04cv11070 RCL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PUBLIC NOTICE OF ACTION AND ARREST

On May ___, 2004, a Verified Complaint was filed by Gloucester Maritime Heritage Center, Inc. in the United States District Court for the District of Massachusetts, Civil Action No._____ against the vessel F/V SPRAY (O.N. 273544), *in rem*, seeking the condemnation and sale of said vessel for the purpose of applying the proceeds of said sale toward charges to the vessel. In accordance with said Complaint, a warrant of arrest of said vessel was issued, and it was executed on May ____, 2004, when said vessel was seized and attached at Gloucester, Massachusetts, by the United States Marshal. Any person having an interest in said vessel, in order to protect or assert said interest or claim during the preceding, must file a verified claim within ten (10) days after publication of this notice and serve its answer within twenty (20) days after the filing of the claim.