5. Gloucester Maritime Heritage Center, Inc. will charge $400.00 per hour for towing the vessel, if necessary, and $50.00 per hour for all other work performed.

Further your deponent sayeth not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21 DAY OF MAY OF 2004.

Harriet Webster
Executive Director

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                    May 21, 2004

On this 21st day of May, 2004, before me, the undersigned notary public, personally appeared Harriet Webster, proved to me through satisfactory evidence of identification _personally known_, to be the person whose name is signed on this document and stated that he/she was the Executive Director of Gloucester Marine Heritage Center, Inc. and acknowledged the foregoing instrument to be the true act and deed of Gloucester Marine Heritage Center, Inc., before me,

Kristin M. McGath
Notary Public
My Commission Expires: 11-27-2009



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

GLOUCESTER MARITIME HERITAGE ) 2004 MAY 24 P 2: 13
CENTER, INC., )
           Plaintiff. ) U.S. DISTRICT COURT
) DISTRICT OF MASS.
v. ) C.A. No.
)
F/V SPRAY (O.N. 273544) )
    her engines, boilers, tackle, )
    fishing permits and appurtenances, )
    *in rem* )
)
and F/V SPRAY, INC., *in personam*. )
          Defendant. )

## AFFIDAVIT IN SUPPORT OF MOTION TO APPOINT SUBSTITUTE CUSTODIAN

Now comes Harriet Webdster, being duly sworn, deposes and says:

1.    I am the Executive Director of Gloucester Maritime Heritage Center, Inc., and in that capacity am personally familiar with the statements contained herein.

2.    I am familiar with the F/V SPRAY and vessels of its size and type in general. Gloucester Maritime Heritage Center, Inc. has facilities adequate to berth the vessel and safeguard and maintain it during the pendency of these proceedings.

3.    Gloucester Maritime Heritage Center, Inc. has insurance adequate to provide port risk hull and protection and indemnity insurance for the vessel during the pendency of these proceedings, and agrees to hold the Marshal harmless from all claims whatsoever arising out of Gloucester Maritime Heritage Center, Inc.'s role as substitute custodian, except for those claims arising out of the Marshal's own conduct.

4.    Gloucester Maritime Heritage Center, Inc. will charge $50.00 per day for storage of the vessel, a fair and reasonable charge for storage of vessels of this type in the Gloucester area.