**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| F/V SPRAY (O.N. 273544) | ) |
| her engines, boilers, tackle, | ) |
| fishing permits and appurtenances, | ) |
| *in rem* | ) |
| | ) |
| and F/V SPRAY, INC., *in personam,* | ) |
| Defendant. | |

2004 MAY 24 P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.
C.A. No.

**04 cv 11070 RCL**

### ORDER APPOINTING SUBSTITUTE CUSTODIAN

On motion of Plaintiff, Gloucester Maritime Heritage Center, Inc. having been duly brought before this Court for the appointment of a substitute custodian for the defendant vessel F/V SPRAY (O.N. 273544), her engines, tackle, gear, apparel and all her other appurtenances, it is hereby;

ORDERED that the United States Marshal for Massachusetts be, and hereby is, authorized and directed to surrender the possession of said defendant vessel, her engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging to the substitute custodian Gloucester Maritime Heritage Center, Inc. and that upon such surrender the Marshal shall be discharged from its duties and responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising whatever out of said substituted possession and safekeeping; and it is further;

ORDERED that there shall be no requirement to maintain a 24 hour keeper on board said vessel so long as said substitute custodian have charge of same; and it is further;

ORDERED that the Marshal direct the substitute custodian take whatever steps are necessary to insure the security and safety of said vessel at a suitable berth within this District, and it is further;

ORDERED that plaintiff's attorneys will have a copy of this Order served on the owner of defendant vessel.

BY ORDER _____, USDJ
Entered: _____ 2004