**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Glocester Maritime Heritage Center, Inc. | COURT CASE NUMBER 04-CV-11070-RCL |
|---|---|
| DEFENDANT F/V Spray (O.N. 273544) | TYPE OF PROCESS IN REM |

FILED
CLERK'S OFFICE
2004 OCT -1 P 3:27
U.S. DISTRICT COURT
DISTRICT OF MASS.

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN F/V Spray (O.N. 273544) |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) Harbor Loop Gloucester MA |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David S. Smith, Esq.
Ciarcuelli & Ouellette
163 Cabot St.
Beverly, MA 01915

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please arrest the F/V SPRAY (O.N. 273544) and place it in the custody of the substitute custodian, per order and warrant. Substitute Custodian, Hurstt Webster Tel 978-281-0470 Fax 978-281-0527

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 978-922-9783 | DATE 9/14/04 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 9/14/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9/26/04 | Time 1:30 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 180.00 | Total Mileage Charges (including endeavors) 26.28 | Forwarding Fee | Total Charges $206.28 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Posted Winter House Fore/Aft STEM / Port Bow (3lb) (4 HRS OVERALL)

(1/2 HR) 9/19/04

1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., | ) |
| Plaintiff. | ) |
| | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| F/V SPRAY (O.N. 273544) | ) |
| her engines, boilers, tackle. | ) |
| fishing permits and appurtenances. | ) |
| *in rem* | ) |
| | ) |
| and F/V SPRAY, INC., *in personam*. | ) |
| Defendant. | ) |

## WARRANT OF ARREST

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

WHEREAS a complaint has been filed on May 24th 2004 in the United States District Court for the District of Massachusetts by Plaintiffs, Gloucester Maritime Heritage Center, Inc., upon an admiralty and maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action. You are therefore commanded to attach the said F/V SPRAY (O.N. 273544), her engines, tackle, fishing history and permits, including but not limited to Northeast Fishery Permit No.: 250168, etc., now located in Gloucester, Massachusetts in said District, and to detain the same in your custody until further order of the Court respecting same.

Dated at Boston, Massachusetts, this 24 day of May, 2004

_____, CLERK

By: _____
Deputy Clerk

NOTE: The claimant of property seized hereunder shall file its claim within 10 days after the Warrant has been executed, and shall serve its answer within 20 days after filing of the claim.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

GLOUCESTER MARITIME HERITAGE )
CENTER, INC., )
         Plaintiff, )
)
v. )
)
F/V SPRAY (O.N. 273544) )
      her engines, boilers, tackle, )
      fishing permits and appurtenances, )
      *in rem* )
)
and F/V SPRAY, INC., *in personam,* )
      Defendant. )

2004 MAY 24 P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No.

**04 c 11070 RCL**

## ORDER AUTHORIZING ARREST AND DIRECTING CLERK TO ISSUE WARRANT OF ARREST

The Court, having reviewed the Verified Complaint of Gloucester Maritime Heritage Center, Inc., plaintiff herein, and upon the application of plaintiff for an order authorizing a warrant of arrest, finds that the conditions for an action *in rem* appear to exist, and it is

ORDERED that the immediate issuance of a warrant for the arrest of the vessel informally known as both F/V SPRAY and as Official Number 273544 and her Northeast Fishery Permit No.: 250168, is authorized, and it is further

ORDERED that the Clerk of the District Court shall immediately prepare a Warrant for the arrest of the vessel and its federal fishing permits and history and shall deliver it to the United States Marshal for the District of Massachusetts for service, and it is further

ORDERED that any person claiming an interest in the vessel known as both F/V SPRAY and as Official Number 273544, shall be entitled to a prompt hearing on request at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted consistent with the Supplemental Rules for Certain Admiralty and Maritime Claims, and it is further

ORDERED that a copy of this Order be attached to and served with the said Warrant for Arrest in Action In Rem.

Dated 5/24/04
4:14 Pm

UNITED STATES DISTRICT JUDGE