U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF | | COURT CASE NUMBER |
| --- | --- | --- |
| DEFENDANT | | TYPE OF PROCESS |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
| --- | --- |
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                    Fold

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF  ☐ DEFENDANT   | TELEPHONE NUMBER | DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. _____ | District to Serve No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
| --- | --- | --- | --- | --- | --- |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| --- | --- |
| Address *(complete only if different than shown above)* | Date of Service | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
| --- | --- | --- | --- | --- | --- | --- |

REMARKS:

**NOTE**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _Massachusetts_

Gloucester Maritime
Heritage Center, Inc.

F/V SPRAY (O.N. 273544),
her engines, boilers, tackle,
**V.** fishing permits and
appurtenances, and F/V
SPRAY, INC.

## SUMMONS IN A CIVIL CASE

**CASE NUMBER:**



**TO:** (Name and address of defendant)

F/V SPRAY, INC.
17 Harvard Street
Gloucester, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David S. Smith, Esq.
Cianciulli & Ouellette
163 Cabot Street
Beverly, MA 01915

an answer to the complaint which is herewith served upon you, within _20_ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

_____        _____
CLERK                                 DATE   _5-24-04_

_____
(BY) DEPUTY CLERK

I hereby certify and return that today, September 27, 2004, at 1:46 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named F/V Spray Inc., by giving in hand to Vincenza Saputo , Agent in Charge at the time of service. Said service was effected at: F/V Spray Inc., 31 Granite Street, Gloucester, MA 01930. Other documents included: Copy of Motion to Arrest Vessel, Copy of Order Authorizing Arrest and Directing Clerk To Issue Warrant of Arrest, Copy of Warrant of Arrest, Copy of Motion to Appoint Substitute Custodian, Copy of Affidavit in Support of Motion to Appoint Substitute Custodian, Copy of Order Appointing Substitute Custodian, Copy of Motion and Order for Publication of Notice of Arrest and Copy of Public Notice of Action and Arrest

I declare under the penalty of perjury under the laws of the United States of America
that the foregoing information is true and correct. Executed on September 27, 2004.

**Reid Hoover**, Process Server
& Disinterested Person over Age 18.      Total Fees: $39.75

And I hereby certify and return that today, September 27, 2004, at 1:55 PM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named F/V Spray Inc., by leaving said copies above the mailbox, at 17 Harvard Street, Gloucester, MA 01930 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named F/V Spray Inc., at 17 Harvard Street, Gloucester, MA 01930. Other documents included: Copy of Motion to Arrest Vessel, Copy of Order Authorinzing Arrest and Directing Clerk To Issue Warrant of Arrest, Copy of Warrant of Arrest, Copy of Motion to Appoint Substitute Custodian, Copy of Affidavit in Support of Motion to Appoint Substitute Custodian, Copy of Order Appointing Substitute Custodian, Copy of Motion and Order for Publication of Notice of Arrest and Copy of Public Notice of Action and Arrest

I declare under the penalty of perjury under the laws of the United States of America
that the foregoing information is true and correct. Executed on September 27, 2004.

**Reid Hoover**, Process Server
& Disinterested Person over Age 18.      Total Fees: $20.00

**Capitol Constable Service**
10 Lowell Street
P.O. Box 3315
Peabody, MA 01960-5412
800-977-0427 978-977-0427 Business
978-977-0122 FAX
mailto: capitol@constableservice.com
http://constableservice.com

