UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04CV11070RCL |
| F/V SPRAY (O.N. 273544) her engines, boilers, tackle, fishing permits and appurtenances, *in rem* | ) ) ) ) ) ) | |
| and F/V SPRAY, INC., *in personam*, Defendant. | ) ) ) | |

**Motion to Extend Time for Service**

NOW COMES, the Plaintiff, Gloucester Maritime Heritage Center, Inc., by and through its attorney, David S. Smith, to respectfully request that this Honorable Court extend the time limit for service on the Defendant F/V SPRAY, Inc. In support of this request, the Plaintiff states as follows:

1. The Plaintiff is a not for profit company.

2. The F/V SPRAY (O.N. 273544) is a vessel that has been abandoned at the Plaintiff's dock for many months.

3. The vessel did have fishing permits and history that did have value, but said permits and history were transferred off of the vessel prior to the filing of this action.

4. The current principal of F/V SPRAY, Inc. is a Louis Pasquale who is apparently living aboard another fishing vessel that is upon information and belief fishing out of various ports on Cape Cod. That vessel is owned by Mr. Pasquale individually and not by the defendant corporation.

5. The Plaintiff has undertaken various steps to have the F/V SPRAY removed from its docks in an attempt to avoid the need to expend money to have the U.S. Marshal Service arrest the vessel and then spend additional monies on publication of the arrest and auction. Such steps included trying to contact Mr. Pasquale and to give the boat to various governmental agencies under state and federal abandon boat programs. All such efforts recently failed and the Plaintiff authorized the undersigned to proceed with the arrest and sale of the vessel.

6. The undersigned counsel sent the summons and complaint to a constable for service with sufficient time to effectuate service before September 23, 2004. The undersigned gave the constable instructions to have complaint and other documents served within the 120 day time limit allowed by Rule 4(m). Said process server failed to serve in time and instead served on Monday, September 27, 2004. As a result, the Plaintiff seeks an extension of time for the service of the Complaint through September 27, 2004 as allowed by Rule 4(m).

7. The Plaintiff is currently in the process of publishing the notice of the arrest with the U.S. Marshal Service. There is no prejudice to either Defendant.

WHEREFORE, the Plaintiff respectfully requests and extension to effectuate service through September 27, 2004.

Respectfully submitted,
**Gloucester Maritime Heritage Center, Inc.**
By their attorney

David S. Smith, Esquire, BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933

CERTIFICATE OF SERVICE

I, David S. Smith, attorney for the plaintiff herein, hereby certify that I caused a copy of the foregoing document to be served upon F/V SPRAY, Inc. via regular mail, postage prepaid, to 17 Harvard Street, Gloucester, Massachusetts 01930 and to P.O. Box 724 Gloucester, Massachusetts this 4th day of October, 2004.

David S. Smith, Esq.

2