UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04CV11070-RCL |
| F/V SPRAY (O.N. 273544) her engines, boilers, tackle, fishing permits and appurtenances, *in rem* | ) ) ) ) ) | |
| and F/V SPRAY, INC., *in personam,* Defendant. | ) ) ) | |

**PLAINTIFF'S REQUEST FOR 55(a) DEFAULT**

      NOW COMES the Plaintiff, Gloucester Maritime Heritage Center, Inc., to respectfully request that the Clerk enter a default against F/V SPRAY (O.N. 273544) and F/V SPRAY, Inc. In support of this request, the Plaintiff states that the F/V Spray, Inc. was served with a copy of the Plaintiff's Verified Complaint at its usual places of business on September 27, 2004 as demonstrated by the Return of Service. The F/V SPRAY (O.N. 273544) was served by the U.S. Marshal on September 20, 2004. The Defendants have failed to plead or otherwise defend as provided by the Rules. Therefore, the Defendants, F/V SPRAY, Inc. and F/V SPRAY (O.N. 273544) must have a default entered against them pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

      Respectfully submitted,
**Gloucester Maritime Heritage Center, Inc.**
By his attorney

/s/ David S. Smith
_____
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142

CERTIFICATE OF SERVICE

      I, David S. Smith, attorney for the Plaintiff herein, hereby certify that I caused to have served a copy of the foregoing document upon the Defendant, F/V Spray, Inc. by regular mail, postage prepaid, this 29th day of October, 2004.    /s/ David S. Smith
_____
David S. Smith