UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GLOUCESTER MARITIME HERITAGE CENTER, INC.**

V.                                    CIVIL ACTION NO. 04-11070-RCL

**F/V SPRAY, ET AL**

### NOTICE OF DEFAULT

Upon application of the plaintiff, **Gloucester Maritime Heritage Center, Inc.**, for order of Default for failure of the defendants, **F/V Spray (O.N. 273544) and F/V Spray, Inc.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted this 17th day of November, 2004.

TONY ANASTAS, CLERK

By: /s/ Lisa M. Hourihan
Deputy Clerk

November 17, 2004