**. Department of Justice**      **PROCESS RECEIPT AND RETURN**
**United States Marshals Service**    See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Gloucester Maritime Heritage Center, Inc. | 04 CV 11070 RCL |
| **DEFENDANT** | **TYPE OF PROCESS** |
| F/V Spray (O.N. 273544) | In Rem |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David S. Smith
Gawicsville Jullette
163 Cabot St.
Beverly, MA 01915

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED 2004 OCT 12 A 9:34 U.S. MARSHAL SERVICE BOSTON, MA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish Public Notice of Action and Arrest pursuant to Court Order. Contents of the Notice are on attached sheet that reflects correct dates. I have attached the order. Only needs to be published once. Publication must be done promptly pursuant to Rule C.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 978-922-9933   DATE: 10/11/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | Nancy Delmere | 10/12/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: See Attachment

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

Make Checks Payable to:

| | Agency | Advertiser Name | Account # |
|---|---|---|---|
| | | US MARSHALL SERVICE | 6177482511L0 |
| | Billing Period | | Pay This Amount |
| | 10/01/04 To 10/31/04 | | $ 307.12 |
| | Current | 30 Days | 60 Days | Over 90 Days |
| | 307.12 | 0.00 | 0.00 | 0.00 |

Remit To: P.O. Box 55843
Boston, MA 02205-5843

Bill Type: Legal          AMOUNT ENCLOSED: $ 307.12

| Billed Account Name and Address | Page | Billing Date |
|---|---|---|
| | 1 | 11/03/04 |

US MARSHALL SERVICE
1 COURTHOUSE WAY SUITE 1-500
ATT NANCY TALAVERA
BOSTON, MA 02210

Please charge my credit card:
Name on Card _____
Account Number: _____
Card expiration date: _____  Amount: _____
Signature: _____

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| Start | Stop | Order No. | Pr | Class | Ad Description | Rep | Times | Space L/I | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Previous Balance | | | | | 0.00 |
| 10/15 | 10/15 | 804537 | BH | 400 | UNITEDSTATESDISTRICTCO | R218 | 1 | 88 L | 3.49 | 307.12 |

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 NOV -4 P 1:11

Bill Type: Legal          Total Amount Due: 307.12



For Customer Service Please Call: 1 (800) 274-4555
To Place an Ad (in MA) Call: 1 (800) 882-1692

TERMS: Payable 30 Days From Billing Date
We accept payment by the above charge cards made within our 30 day terms. Any payment by charge card for account balances greater than 30 days will be assessed an additional 3% service fee. Billing disputes must be presented within 30 days of invoice date. Disputes not presented within that time will not be considered and invoice will be considered payable in full.

P.O. Box 55843
Boston, MA 02205-5843
Tel: (617) 426-3000

**AGING OF PAST DUE AMOUNTS:**

| Current | 30 days | 60 Days | Over 90 Days | Total Amount Due |
|---|---|---|---|---|
| 307.12 | 0.00 | 0.00 | 0.00 | 307.12 |

| Billing Period | Agency | Advertiser's Name | Account Number | Pay This Amount |
|---|---|---|---|---|
| 10/01/04 To 10/31/04 | | US MARSHALL SERVICE | 6177482511L0 | $ 307.12 |



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC.,<br>　　　　Plaintiff, | )<br>)<br>)<br>) |
| v. | )　C.A. No. 04CV11070RCL |
| | ) |
| F/V SPRAY (O.N. 273544)<br>　　her engines, boilers, tackle,<br>　　fishing permits and appurtenances,<br>　　*in rem* | )<br>)<br>)<br>) |
| | ) |
| and F/V SPRAY, INC., *in personam*,<br>　　　　Defendant. | )<br>) |

## PUBLIC NOTICE OF ACTION AND ARREST

On May 24, 2004, a Verified Complaint was filed by Gloucester Maritime Heritage Center, Inc. in the United States District Court for the District of Massachusetts, Civil Action No. 04CV11070RCL against the vessel F/V SPRAY (O.N. 273544), *in rem*, seeking the condemnation and sale of said vessel for the purpose of applying the proceeds of said sale toward charges to the vessel. In accordance with said Complaint, a warrant of arrest of said vessel was issued, and it was executed on September 20, 2004, when said vessel was seized and attached at Gloucester, Massachusetts, by the United States Marshal. Any person having an interest in said vessel, in order to protect or assert said interest or claim during the preceding, must file a verified claim within ten (10) days after publication of this notice and serve its answer within twenty (20) days after the filing of the claim.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., <br>     Plaintiff, <br><br> v. <br><br> F/V SPRAY (O.N. 273544) <br>   her engines, boilers, tackle, <br>   fishing permits and appurtenances, <br>   *in rem* <br><br> and F/V SPRAY, INC., *in personam*, <br>     Defendant. | FILED IN CLERKS OFFICE <br> 2004 MAY 24 P 2:14 <br> U.S. DISTRICT COURT <br> DISTRICT OF MASS. <br><br> C.A. No. <br><br> 04-11070 RCL |

## MOTION AND ORDER FOR PUBLICATION OF NOTICE OF ARREST

Plaintiffs move pursuant to Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims for an order that the Marshal be directed to publish notice of this action and of the arrest of the defendant vessel F/V SPRAY (O.N. 273544) and her federal and state fishing permits and history in the local newspaper per the United States Marshal's custom and practice, or such other publications as will provide adequate public notice and that the Court require persons claiming any interest in the defendant vessel or her federal and state fishing permits and history to file their answer to the complaint herein on or before ten (10) days after said date of publication, the reason that the said vessel has not been released within ten (10) days from the date of its arrest, or at all. A copy of the proposed Notice is attached hereto as Exhibit A.

Gloucester Maritime
Heritage Center, Inc.
By their attorney

Dated: May 24, 2004

David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933

IT IS SO ORDERED
Entered: 11/17/2004

_____, USDJ