**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04CV11070-RCL |
| F/V SPRAY (O.N. 273544) | ) | |
| her engines, boilers, tackle, | ) | |
| fishing permits and appurtenances, | ) | |
| *in rem* | ) | |
| | ) | |
| and F/V SPRAY, INC., *in personam,* | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR INTERLOCUTORY SALE OF VESSEL
AND REQUEST FOR CONFIRMATION HEARING**

NOW COMES the Plaintiff, Gloucester Maritime Heritage Center, Inc., pursuant to Rule E(9)(b)(i), to move this Honorable Court to Order the sale of the F/V SPRAY (O.N. 273544).  In support of this request, the Plaintiff states as follows:

1.    F/V Spray, Inc. was served with a copy of the Plaintiff's Verified Complaint at its usual places of business on September 27, 2004 as demonstrated by the Return of Service.

2.    F/V SPRAY (O.N. 273544) was served and arrested by the U.S. Marshal on September 20, 2004 as demonstrated by their return of service.

3.    The Plaintiff publicized the notice of arrest in the Boston Herald on October 15, 2004 as allowed by the Court.  See Docket Entry number 15, return of service.

4.    The Defendants have failed to plead or otherwise defend as provided by the Rules and no claims have been filed within the prescribed time set forth in the publicized notice.

5.    The F/V SPRAY (O.N. 273544) is in poor condition.  The substitute custodian has concern that the vessel is liable to continue to deteriorate if it is not dealt with immediately.  Additionally, with the upcoming winter, there is concern that the boat may damage the surrounding docks.  See Affidavit of Geoffrey Richon filed herewith.

6.    Additionally, the expense of keeping the property is disproportionate to the value of the vessel.  See Affidavit of Geoffrey Richon filed herewith.

7.    The Plaintiff is owed approximately $8,950.00 for wharfage and has incurred additional expenses, it is requested that this Honorable Court allow the Plaintiff to bid the amount of

its outstanding maritime lien against said vessel at the sale of the vessel without actually giving cash or other consideration at the time of the auction of the vessel.

8.      The Plaintiff needs a confirmation hearing to occur in order to finalize the sale.  As such, the Plaintiff respectfully requests that a hearing be held on December 20, 2004.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court order the interlocutory sale of the F/V SPRAY (O.N. 273544) and have a confirmation hearing during the week of December 20, 2004.  A proposed order is filed herewith.

Respectfully submitted,
**Gloucester Maritime Heritage Center, Inc.**
By his attorney

/s/ David S. Smith

David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel:  (978) 922-9933
Fax:  (978) 922-6142