UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04CV11070-RCL |
| F/V SPRAY (O.N. 273544) her engines, boilers, tackle, fishing permits and appurtenances, *in rem* | ) ) ) ) ) | |
| and F/V SPRAY, INC., *in personam,* Defendant. | ) ) ) | |

**ORDER FOR INTERLOCUTORY SALE**

After reviewing the Plaintiff's Motion for Interlocutory Sale of Vessel and there being no opposition to said motion and good reason being shown within said motion, it is now

ORDERED:

(1) That the defendant vessel F/V SPRAY (O.N. 273544) be sold by the United States Marshal at Gloucester no later than December 17, 2004.

(2) The Marshal shall advertise the terms of the sale in a notice to be published in the Gloucester Daily Times twice within 14 days preceding the sale. Any party may publish a similar notice in other newspapers or other media within or outside the district, but such publication shall be at his expense and shall advertise the sale in accordance with the terms of this order.

(3) That the Marshal bring the proceeds of such sale into Court, and deposit the same with the Clerk thereof pending the further hearing of this action upon the claim of the plaintiff, and pending the final judgment herein.

(4) The Marshal is hereby authorized to accept bids from Plaintiff on account of its claim as set forth in the Verified Complaint, without payment in cash at the time of sale up to $8,950.00.

(5) The Marshal is hereby authorized to accept a deposit of twenty five percent of the amount bid for the defendant F/V SPRAY (O.N.273544), upon condition that the balance of the bid is paid on the date the sale is confirmed, and upon condition that the deposit shall be forfeited by the bidder and applied to the costs of this action if the balance of the bid is not paid when due.

interlocutory order for sale.doc

  (6) That the clerk issue a Writ of *Venditioni Exponas* for this sale to occur.

  (7) A hearing will be had on December \_\_\_\_, 2004 at _____ to confirm the sale of the vessel.

                  _____
                  REGINALD C. LINDSAY, U.S.D.J.

Dated:

interlocutory order for sale.doc