UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., <br>     Plaintiff, <br><br> v. <br><br> F/V SPRAY (O.N. 273544) <br>     her engines, boilers, tackle, <br>     fishing permits and appurtenances, <br>     *in rem* <br><br> and F/V SPRAY, INC., *in personam,* <br>     Defendant. | C.A. No. 04CV11070-RCL |

**AFFIDAVIT OF GEOFFREY RICHON**

Now comes Geoffrey Richon, being duly sworn, deposes and says:

1. I am the President of Gloucester Maritime Heritage Center, Inc., and in that capacity am personally familiar with the F/V SPRAY (O.N. 273544).

2. The F/V SPRAY (O.N. 273544) was in poor condition when she was arrested by the U.S Marshal. She is an old wooden boat with a dilapidated and unreliable engine. She will continue to deteriorate if she is not hauled out of the water, although it is unlikely that anyone would want to undertake such a venture because the cost of the repairs to this vessel to make her seaworthy are not likely to be cost effective.

3. I am concerned that the upcoming winter months may take a significant toll on this vessel such that she may sink at the dock or potentially damage the Heritage Center's dock. As the substitute custodian, I and my staff are doing the best we can with respect to this vessel, however, she does need to be immediately addressed in one fashion or another, either through repairs or dismantling.

Further your deponent sayeth not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _17_ DAY OF NOVEMBER OF 2004.

/s/ Geoffrey Richon
_____
Geoffrey Richon
President

                        COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                                   November __17__, 2004

     On this _17___ day of November, 2004, before me, the undersigned notary public, personally appeared Geoffrey Richon, proved to me through satisfactory evidence of identification personally known to me, to be the person whose name is signed on this document and stated that he/she was the President of Gloucester Marine Heritage Center, Inc. and acknowledged the foregoing instrument to be his true act and deed., before me,

                                         /s/ Amanda Kiley
                                         Notary Public
                                         My Commission Expires:___11-27-09____