UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., <br>         Plaintiff, <br><br> v. <br><br> F/V SPRAY (O.N. 273544) <br>     her engines, boilers, tackle, <br>     fishing permits and appurtenances, <br>     *in rem* <br><br> and F/V SPRAY, INC., *in personam,* <br>         Defendant. | C.A. No. 04CV11070-RCL |

**WRIT OF VENDITIONI EXPONAS**

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

     WHEREAS a Verified Complaint has been filed on May 24, 2004 in the United States District Court for the District of Massachusetts by Plaintiffs, Gloucester Maritime Heritage Center, Inc., above named, against the Vessel F/V SPRAY (O.N. 273544) her tackle, apparel, furniture, engines, fishing permits and history and appurtenances and the F/V SPRAY, INC., a Massachusetts corporation, and demanding that said Vessel F/V SPRAY (O.N. 273544) her tackle, apparel, furniture, engines, fishing permits and history and appurtenances be condemned and sold to answer the demand of said Verified Complaint; and

     WHEREAS, the said vessel has been arrested by process issued out of the said district court in pursuance of the complaint and is now in custody by virtue thereof; and such proceedings have been thereupon had that by the interlocutory order of the said court in this action made and pronounced on _____, the F/V SPRAY (O.N. 273544) her tackle, etc., was ordered to be sold by you, the sail marshal, after giving two days' notice of such sale; and that you have the moneys arising from such sale, together with this writ, at the district court to be held for the District of Massachusetts, at Boston, Massachusetts on or before December 17, 2004, and that you then pay the same to the clerk of the Court;

     You are therefore hereby commanded to cause the F/V SPRAY (O.N. 273544) her tackle, etc., to be sold in manner and form, upon the notice, and at the time and place by law required. And that you have, and pay the moneys arising from such sale, pursuant to the aforesaid interlocutory order; and have you also then and there this writ.

       Witnesses, the Honorable Young, Chief Judge of said court at Boston, Massachusetts, this \_\_\_\_\_ day of November, 2004.

_____, CLERK