UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., <br>            Plaintiff, <br><br> v. <br><br> F/V SPRAY (O.N. 273544) <br>    her engines, boilers, tackle, <br>    fishing permits and appurtenances, <br>    *in rem* <br><br> and F/V SPRAY, INC., *in personam,* <br>            Defendant. | C.A. No. 04CV11070RCL |

**Agreement for Judgment**

NOW COMES, the Plaintiff, Gloucester Maritime Heritage Center, Inc. by and through its attorney, Stephen M. Ouellette and the Defendant F/V Spray, Inc. and F/V SPRAY through the President of F/V Spray, Inc., Lou Pasquale, and enter this agreement for judgment. The parties agree and stipulate that judgment shall enter as follows:

    1.    Judgment to enter in favor of the Plaintiff, Gloucester Maritime Heritage Center, Inc. in the amount of $8,950, together with its costs of this action, including those of the United States Marshall and of the substitute custodian.

    2.    The F/V SPRAY shall be surrendered to F/V Spray, Inc. who shall remove said vessel from the property of the Gloucester Maritime Heritage Center, Inc. within 6 hours of release of the vessel by the United States Marshall.

    3.    The Defendant F/V Spray, Inc. and F/V SPRAY agree that an order shall enter prohibiting the F/V SPRAY from mooring or tying up at the property of the Gloucester Maritime Heritage Center, Inc. The Plaintiff Gloucester Maritime Heritage Center, Inc.

shall forbear from enforcing its judgment for so long as the F/V SPRAY shall not return to the premises of the Gloucester Maritime Heritage Center.

4.      F/V SPRAY and F/V Spray, Inc. have stipulated that any claims or counterclaims, including those arising out of the arrest and detention of the vessel, all claims against the US Marshall, the substitute custodian, including claims of any nature involving the Gloucester Maritime Heritage Center, Inc whenever they arose, and the officer, agents and attorneys of the Gloucester Maritime Heritage Center, Inc. and the United States Marshall Service, which arise from or which were or could have been asserted in this action, are released and deemed dismissed with prejudice.

WHEREFORE, the Parties respectfully request that the attached order for entry of judgment.

Respectfully submitted,

| **Gloucester Maritime Heritage Center, Inc.** | **F/V SPRAY** |
| By their attorney | **F/V Spray, Inc.** |
| | |
| /s/ David S. Smith | /s/ Lou Pasquale |
| | |
| David S. Smith, Esquire, | Lou Pasquale, President |
| BBO No.: 634865 | F/V Spray, Inc. |
| Cianciulli and Ouellette | |
| 163 Cabot Street | |
| Beverly, MA 01915 | |
| Tel: (978) 922-9933 | |