UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., <br>         Plaintiff, <br><br> v. <br><br> F/V SPRAY (O.N. 273544) <br>    her engines, boilers, tackle, <br>    fishing permits and appurtenances, <br>    *in rem* <br><br> and F/V SPRAY, INC., *in personam,* <br>         Defendant. | C.A. No. 04CV11070RCL |

**APPLICATION FOR ORDER RELEASING THE F/V SPRAY FROM ARREST**

Now comes the Plaintiff by its attorneys, and applies to this Court for an order to release the vessel that is described in the Verified Complaint in this action forthwith pursuant to Supplemental Admiralty Rule E(5)(d) of the Federal Rules of Civil Procedure, in accordance with the Agreement for judgment filed with this Court. In support of this application, the plaintiffs state the following:

1. The Plaintiff, Gloucester Maritime Heritage Center, by its attorneys and the Defendant, F/V SPRAY and F/V Spray, Inc., as owner of the F/V SPRAY have entered into an agreement for judgment. The parties are desirous of having the said vessel moved from the premises of the Plaintiff.

WHEREFORE, the plaintiff respectfully requests that this Honorable Court issue an Order and a warrant for release of the F/V SPRAY pursuant to Supplemental Admiralty Rule E(5)(d) to the plaintiffs custody.

Respectfully submitted,
**Gloucester Maritime Heritage Center, Inc.**
By their attorney.


/s/ David S. Smith

---
Stephen M. Ouellette, Esquire
BBO No.:  543752
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel:  (978) 922-9933
Fax:  (978) 922-6142

Assented to:

F/V SPRAY
F/V Spray, Inc. as owner

/s/ Lou Pasquale

---
Lou Pasquale, President