UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., <br>           Plaintiff, <br><br> v. <br><br> F/V SPRAY (O.N. 273544) <br>    her engines, boilers, tackle, <br>    fishing permits and appurtenances, <br>    *in rem* <br><br> and F/V SPRAY, INC., *in personam,* <br>           Defendant. | C.A. No. 04CV11070RCL |

**ORDER FOR RELEASE OF F/V SPRAY (O.N. 273544) AND ALL GEAR AND EQUIPMENT IN THE POSSESSION OF THE SUBSTITUTE CUSTODIAN**

Upon reading and considering the application for an order of release of the F/V SPRAY (O.N. 273544) from arrest, and good cause appearing therefor,

IT IS HEREBY ORDERED that

1. ORDERED that the Clerk of the District Court shall immediately prepare a Warrant for release of the vessel and shall deliver it to the United States Marshal for the District of Massachusetts for service, and it is further

2. ORDERED that the F/V SPRAY (O.N. 273544) is ordered to be released from arrest by the U.S. Marshal and the U.S. Marshal is exonerated from all liability therewith.

_____
United States District Judge

Date: _____