# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04CV11070RCL |
| F/V SPRAY (O.N. 273544)<br>    her engines, boilers, tackle,<br>    fishing permits and appurtenances,<br>    *in rem* | ) ) ) ) ) ) | |
| and F/V SPRAY, INC., *in personam,*<br>Defendant. | ) ) | |

**WARRANT OF RELEASE**

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

    WHEREAS in the above-styled cause of action filed in the United States District Court for the District of Massachusetts by Plaintiff, Gloucester Maritime Heritage Center, Inc. upon an admiralty and maritime claim praying that process issue for the arrest of the F/V SPRAY (O.N. 273544) and other equipment and gear that is the subject of this action; and that the Court has reviewed an application by the plaintiffs for the release of the vessel and equipment described in the verified complaint; and that the Court is satisfied that the Defendant, F/V Spray, Inc. is the rightful owners of said vessel and equipment that is now in your custody as a result of a warrant of arrest issued in said cause; and

    YOU ARE THEREFORE, by these presents authorized to and empowered to relinquish the F/V SPRAY (O.N. 273544) and her gear and appurtenances onboard at the time of seizure and to deliver the possession thereof the said F/V SPRAY (O.N. 273544) to the Defendant, F/V Spray, Inc. by its agent Lou Pasquale, upon receiving the sum of your expenses incurred in the care and custody of the same.

Dated at Boston, Massachusetts, this    day of December, 2004

_____, CLERK

By:
Deputy Clerk