UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., <br>           Plaintiff, <br><br> v. <br><br> F/V SPRAY (O.N. 273544) <br>    her engines, boilers, tackle, <br>    fishing permits and appurtenances, <br>    *in rem* <br><br> and F/V SPRAY, INC., *in personam,* <br>           Defendant. | C.A. No. 04CV11070RCL |

**Order for Entry of Judgment**

It is hereby ORDERED that:

1. Judgment to enter in favor of the Plaintiff, Gloucester Maritime Heritage Center, Inc. in the amount of $8,950, together with its costs of this action, including those of the Unites States Marshall and of the substitute custodian.

2. The F/V SPRAY shall be surrendered to F/V Spray, Inc. who shall remove said vessel from the property of the Gloucester Maritime Heritage Center, Inc. within 6 hours of release by the US Marshall.

3. The Defendant F/V Spray, Inc. and F/V SPRAY shall not moor or tie up at the property of the Gloucester Maritime Heritage Center, Inc.

4. The Plaintiff Gloucester Maritime Heritage Center, Inc. shall forbear from enforcing its judgment for so long as the F/V SPRAY shall not return to the premises of the Gloucester Maritime Heritage Center.

5. F/V SPRAY and F/V Spray, Inc. are prohibited by the terms of their stipulation filed with this court from asserting or pursuing any claims against the United States



Marshall Service or the Gloucester Maritime Heritage Center, Inc., their officers, directors, agents, employees or attorneys, arising prior to or out of the arrest, detention, custody and/or return of the vessel, or which arose prior to the date of this judgment.

6. Plaintiff shall submit a final form of judgment within seven days of receipt of the final accounting of the United States Marshall.

_____, USDJ

Dec 7, 2004