| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Gloucester Marine Heritage Centr | 54-CV-11070-RCL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V Spray | In Rem — Release |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V SPRAY O.N. 273544

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David S. Smith
Cianciulli and Ouellete
163 Cabot Street
Beverly, MA 01915

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
TELEPHONE NUMBER: 978-223-3895    DATE: Dec 8

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 12/8/04 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Delaware | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: F/V SPRAY O.N. 273544
Vessel released 12/8/04 1:23pm
By Court Order

U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

*John J. Moakley U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*
*(617) 748-2500*

*December 8, 2004 (1:23pm)*

I, ANTHONY DICHIO, United States Marshal for the District of Massachusetts, hereby certify and return that on this date I have delivered <u>F/V SPRAY</u> to <u>Lou Pasquale.</u>

                                                          ANTHONY DICHIO
                                         UNITED STATES MARSHAL
                                         BY:
                                             Deputy U.S. Marshal

I, Lou Pasquale hereby certify that on this date I received from ANTHONY DICHIO, United States Marshal for the District of Massachusetts, document for the release of <u>F/V SPRAY</u>.



U. S. Department of Justice

United States Marshals Service

District of Massachusetts

John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite #1-500
Boston, Massachusetts 02210
(617) 748-2500

December 8, 2004 (1:26pm)

GLOUCESTER MARITIME HERITAGE            CV-04-11070-RCL
CENTER, INC.

    VS.

F/V SPRAY (O.N. 273544), her engines, boilers, tackle,
fishing permits and appurtenances, etc., in rem

    Claimant: <u>LOU PASQUALE</u>

    To: <u>GLOUCESTER MARITIME HERITAGE CENTER, INC.</u>, Keepers and
Custodians in charge of the: <u>F/V SPRAY</u>, herein seized.

    You will release from seizure and deliver to the Claimant the
<u>F/V SPRAY</u>, herein seized.

                                              ANTHONY DICHIO
                                              United States Marshal
                                              District of Massachusetts

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER MARITIME HERITAGE CENTER, INC., <br> Plaintiff, <br><br> v. <br><br> F/V SPRAY (O.N. 273544) <br> her engines, boilers, tackle, <br> fishing permits and appurtenances, <br> *in rem* <br><br> and F/V SPRAY, INC., *in personam,* <br> Defendant. | C.A. No. 04CV11070RCL |

**WARRANT OF RELEASE**

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

    WHEREAS in the above-styled cause of action filed in the United States District Court for the District of Massachusetts by Plaintiff, Gloucester Maritime Heritage Center, Inc. upon an admiralty and maritime claim praying that process issue for the arrest of the F/V SPRAY (O.N. 273544) and other equipment and gear that is the subject of this action; and that the Court has reviewed an application by the plaintiffs for the release of the vessel and equipment described in the verified complaint; and that the Court is satisfied that the Defendant, F/V Spray, Inc. is the rightful owners of said vessel and equipment that is now in your custody as a result of a warrant of arrest issued in said cause; and

    YOU ARE THEREFORE, by these presents authorized to and empowered to relinquish the F/V SPRAY (O.N. 273544) and her gear and appurtenances onboard at the time of seizure and to deliver the possession thereof the said F/V SPRAY (O.N. 273544) to the Defendant, F/V Spray, Inc. by its agent Lou Pasquale, upon receiving the sum of your expenses incurred in the care and custody of the same.

Dated at Boston, Massachusetts, this 8th day of December, 2004

__TONY ANASTAS__, CLERK

By: Don Stanhope
Deputy Clerk

